# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: §
§
BRANTON JR., CALVIN F. § Case No. 15-32353
BRANTON, NANCY L. §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/25/2015 . The undersigned trustee was appointed on 06/26/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $  13,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 123.59 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 12,876.41 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/04/2016 and the deadline for filing governmental claims was 01/04/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,050.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,050.00 , for a total compensation of $ 2,050.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 152.94 , for total expenses of $ 152.94 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2016         By:/s/John A. Hedback, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-32353 | GFK | Judge: GFK | Trustee Name: | John A. Hedback, Trustee |
| Case Name: | BRANTON JR., CALVIN F. | | | Date Filed (f) or Converted (c): | 06/25/15 (f) |
| | BRANTON, NANCY L. | | | 341(a) Meeting Date: | 07/27/15 |
| For Period Ending: | 04/29/16 | | | Claims Bar Date: | 01/04/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' homestead, single family residence at pet | 360,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash with Debtor. | 200.00 | 0.00 | | 0.00 | FA |
| 3. Wells Fargo, People Potential Group, Inc. DBA Care | 0.00 | 0.00 | | 0.00 | FA |
| 4. Wells Fargo premier checking x0045, balance as of | 189.65 | 0.00 | | 0.00 | FA |
| 5. US Bank, checking account x2580, balance as of 6/2 | 0.00 | 0.00 | | 0.00 | FA |
| 6. US Bank savings account x3798, as of 6/25/15, | 4.86 | 0.00 | | 0.00 | FA |
| 7. Anchor Bank, checking account 0001, balance as of | 1,265.64 | 0.00 | | 0.00 | FA |
| 8. Wells Fargo, People Potential Group, Inc. Savings | 0.00 | 0.00 | | 0.00 | FA |
| 9. Anchor Bank checking account 0002, balance as of 6 | 1,030.07 | 0.00 | | 0.00 | FA |
| 10. Anchor Bank savings account 0001, balance as of 6/ | 25.00 | 0.00 | | 0.00 | FA |
| 11. Ordinary household goods and furnishings at homest | 3,500.00 | 0.00 | | 0.00 | FA |
| 12. Library of books, CDs and DVDs. | 200.00 | 0.00 | | 0.00 | FA |
| 13. Artwork | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 15-32353 | GFK | Judge: GFK | | Trustee Name: | John A. Hedback, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | BRANTON JR., CALVIN F. | | | | Date Filed (f) or Converted (c): | 06/25/15 (f) |
| | BRANTON, NANCY L. | | | | 341(a) Meeting Date: | 07/27/15 |
| | | | | | Claims Bar Date: | 01/04/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Ordinary clothes, business suits, shoes and access | 1,200.00 | 0.00 | | 0.00 | FA |
| 15. Men's Rolex watch, two tone GMT Master II model wi | 3,950.00 | 0.00 | | 0.00 | FA |
| 16. Wife's two piece soldered wedding set, 14kt Jabel | 423.00 | 0.00 | | 0.00 | FA |
| 17. 14 kt yellow gold solitare pendant and earring set | 1,116.00 | 0.00 | | 0.00 | FA |
| 18. 2015 Trek Bicycle, Project One Madone 7.0 custom b | 5,000.00 | 0.00 | | 0.00 | FA |
| 19. Baldwin 5'8" baby grand piano, built 1937 | 1,000.00 | 0.00 | | 0.00 | FA |
| 20. Treadmill | 100.00 | 0.00 | | 0.00 | FA |
| 21. two sets golf clubs | 200.00 | 0.00 | | 0.00 | FA |
| 22. three old bicycles | 40.00 | 0.00 | | 0.00 | FA |
| 23. Wells Fargo Advisors, IRA brokerage account x6445, | 46,565.01 | 0.00 | | 0.00 | FA |
| 24. Wife's 100% ownership interest in People Potential | 1.00 | 0.00 | | 0.00 | FA |
| 25. Husband's 100% ownership interest in Evolution Rei | 1.00 | 0.00 | | 0.00 | FA |
| 26. Officer loan owing to wife from People Potential G | 0.00 | 0.00 | | 0.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                                         Ver: 19.06

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 15-32353 GFK Judge: GFK | Trustee Name: | John A. Hedback, Trustee |
| Case Name: | BRANTON JR., CALVIN F. | Date Filed (f) or Converted (c): | 06/25/15 (f) |
| | BRANTON, NANCY L. | 341(a) Meeting Date: | 07/27/15 |
| | | Claims Bar Date: | 01/04/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Accrued but unpaid wages of husband net of withhol | 1,500.00 | 0.00 | | 0.00 | FA |
| 28. Wife and her companies may have business tort clai | Unknown | 0.00 | | 0.00 | FA |
| 29. Copyrighted instructional materials. Not believed | 1.00 | 0.00 | | 0.00 | FA |
| 30. 2015 Mini Cooper | 25,000.00 | 0.00 | | 0.00 | FA |
| 31. 2012 Chrysler 200 | 12,000.00 | 0.00 | | 0.00 | FA |
| 32. Radio controlled airplanes. Value of total is est | 11,000.00 | 4,431.32 | | 4,431.32 | FA |
| 33. Old Macbook pro | 75.00 | 0.00 | | 0.00 | FA |
| 34. Miscellaneous hand tools, yard equipment, and home | 1,200.00 | 0.00 | | 0.00 | FA |
| 35. Timeshare per schedule G | 0.00 | 0.00 | | 0.00 | FA |
| 36. John Deere Garden 345 tractor, approximately 12 ye | 1,000.00 | 0.00 | | 0.00 | FA |
| 37. Sterling Silver flatware set manufactured by Towle | 912.00 | 0.00 | | 0.00 | FA |
| 38. Set of china | 495.00 | 0.00 | | 0.00 | FA |
| 39. Two cell phones | 100.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| Case No: | 15-32353   GFK   Judge: GFK | Trustee Name: | John A. Hedback, Trustee |
|---|---|---|---|
| Case Name: | BRANTON JR., CALVIN F. | Date Filed (f) or Converted (c): | 06/25/15 (f) |
| | BRANTON, NANCY L. | 341(a) Meeting Date: | 07/27/15 |
| | | Claims Bar Date: | 01/04/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. Ford Van (u) | 1,117.00 | 568.68 | | 568.68 | FA |
| 41. Preferences (u) | 16,260.00 | 8,000.00 | | 8,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $497,171.23 | $13,000.00 | $13,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets liquidated.  TFR should be filed in early 2016. September 24, 2015, 11:12 am

Initial Projected Date of Final Report (TFR): 08/15/16    Current Projected Date of Final Report (TFR): 08/15/16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-32353 -GFK | | Trustee Name: | John A. Hedback, Trustee |
| Case Name: | BRANTON JR., CALVIN F. | | Bank Name: | ASSOCIATED BANK |
| | BRANTON, NANCY L. | | Account Number / CD #: | *******7062 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******8468 | | | |
| For Period Ending: | 04/29/16 | | Blanket Bond (per case limit): | $ 16,978,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/15 | | DEBTORS | SETTLEMENT PAYMENT | | 13,000.00 | | 13,000.00 |
| | 32 | DEBTORS | Memo Amount:   4,431.32 SETTLEMENT PAYMENT | 1129-000 | | | |
| | 40 | DEBTORS | Memo Amount:   568.68 SETTLEMENT PAYMENT | 1229-000 | | | |
| | 41 | DEBTORS | Memo Amount:   8,000.00 SETTLEMENT PAYMENT | 1241-000 | | | |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,990.00 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.31 | 12,970.69 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.66 | 12,952.03 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.26 | 12,932.77 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.23 | 12,913.54 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.96 | 12,895.58 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.17 | 12,876.41 |

**Total Of All Accounts     12,876.41**

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 29, 2016 |
|---|---|---|---|---|---|---|

Case Number: 15-32353
Debtor Name: BRANTON JR., CALVIN F.
Claims Bar Date: 01/04/16

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,635.83 | $0.00 | $4,635.83 |
| 000002<br>070<br>7100-00 | Globaltranz Enterprises<br>5415 E High Street Bldg A9 #460<br>Phoenix, AZ 85054 | Unsecured | (2-1) Account Number (last 4 digits):1227<br>disallowed per court order | $0.00 | $0.00 | $0.00 |
| 000003<br>070<br>7100-00 | NAVIENT SOLUTIONS, INC.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | | $130,622.73 | $0.00 | $130,622.73 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $11,543.30 | $0.00 | $11,543.30 |
| 000005<br>070<br>7100-00 | Lewis, Kisch & Associates, Ltd.<br>1125 South Frontage Road, Suite 1<br>Hastings, MN 55033 | Unsecured | | $2,925.00 | $0.00 | $2,925.00 |
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $763.67 | $0.00 | $763.67 |
| 000007<br>070<br>7100-00 | WELLS FARGO BANK, N.A.<br>F8235-02F<br>PO BOX 10438<br>DES MOINES, IA 50306 | Unsecured | | $599.00 | $0.00 | $599.00 |
| 000008<br>070<br>7100-00 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $5,820.62 | $0.00 | $5,820.62 |
| | Case Totals: | | | $156,910.15 | $0.00 | $156,910.15 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-32353
Case Name: BRANTON JR., CALVIN F.
               BRANTON, NANCY L.
Trustee Name: John A. Hedback, Trustee

      Balance on hand                                                  $     12,876.41

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John A. Hedback, Trustee | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Trustee Expenses: John A. Hedback, Trustee | $ 152.94 | $ 0.00 | $ 152.94 |

    Total to be paid for chapter 7 administrative expenses           $     2,202.94

    Remaining Balance                                                 $    10,673.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 156,910.15  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  6.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,635.83 | $ 0.00 | $ 315.34 |
| 000002 | Globaltranz Enterprises | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | NAVIENT SOLUTIONS, INC. | $ 130,622.73 | $ 0.00 | $ 8,885.33 |
| 000004 | PYOD, LLC its successors and assigns as | $ 11,543.30 | $ 0.00 | $ 785.21 |
| 000005 | Lewis, Kisch & Associates, Ltd. | $ 2,925.00 | $ 0.00 | $ 198.97 |
| 000006 | American Express Centurion Bank | $ 763.67 | $ 0.00 | $ 51.94 |
| 000007 | WELLS FARGO BANK, N.A. | $ 599.00 | $ 0.00 | $ 40.75 |
| 000008 | Wells Fargo Card Services | $ 5,820.62 | $ 0.00 | $ 395.93 |

Total to be paid to timely general unsecured creditors           $           10,673.47

Remaining Balance           $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE